**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISEO ALVAREZ, an Individual, | Case No. 2:11-cv-09502 VAP (OPx) |
| Plaintiff, | |
| vs. | Assigned to Hon. Virginia A. Phillips |
| TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC.; TAKEDA PHARMACEUTICAL COMPANY LIMITED; TAKEDA PHARMACEUTICALS, LLC; TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC; TAKEDA SAN DIEGO, INC.; and DOES 1 through 100, Inclusive, | **ORDER TO REMAND** |
| Defendants. | |

**[PROPOSED] ORDER TO REMAND**

1  Upon consideration of the parties' stipulation, it is hereby ordered that this
2  action is **REMANDED** to the Superior Court of California, County of Los Angeles.
3  Each party shall bear their own costs and attorneys' fees incurred in connection
4  with the removal of this action and other proceedings in this Court.

5  **IT IS SO ORDERED.**

6  Dated: February 9, 2012

   By: *Virginia A. Phillips*
   Honorable Virginia A. Phillips
   United States District Judge
   Central District of California

2
**[PROPOSED] ORDER TO REMAND**